1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD
   12 WILLIAMSBURG LANE
3  CHICO, CALIFORNIA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff Lary Feezor

6

7  ERIC DeWALT, SBN 138560
   LAFAYETTE & KUMAGAI, LLP
8  100 SPEAR STREET, SUITE 600
   SAN FRANCISCO, CA 94105
   Telephone: (415) 357-4600
9  Fax: (415) 357-4605

10 Attorney for Defendant
   Petco Animal Supplies Stores, Inc.
11

12

13

14                  UNITED STATES DISTRICT COURT

15                  EASTERN DISTRICT OF CALIFORNIA

16 TONY MARTINEZ,                    Case No. CIV. S-08-00425-LKK-EFB

17      Plaintiff,

18 v.                                **STIPULATION OF DISMISSAL AND
                                     ORDER THEREON**
19 PETCO ANIMAL SUPPLIES STORES,
   INC., et al,
20
21      Defendants.
   _____/

22

23

24

25

26

27

28

Stipulation of Dismissal and [Proposed] Order Thereon              *Martinez v. Petco, et al.*
                                                                   CIV. S-08-00425-LKK-EFB

1  TO THE COURT AND ALL PARTIES:

2      Pursuant to a Settlement Agreement and Release between plaintiff, TONY

3  MARTINEZ, and defendant, PETCO ANIMAL SUPPLIES STORES, INC., and pursuant

4  to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with

5  prejudice from the above-entitled action.

6

7  Dated: May 28, 2008                    DISABLED ADVOCACY GROUP, APLC

8

9                                         /s/ Lynn Hubbard, III
                                          LYNN HUBBARD, III
10                                         Attorney for Plaintiff

11  Dated: May 28, 2008                    LAFAYETTE & KUMAGAI, LLP

12

13                                         /s/ Eric DeWalt
                                          ERIC DeWALT
14                                         Attorney for Defendant Petco Animal Supplies
                                          Stores, Inc.
15

16

17

18                          **ORDER**

19      IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-08-

20  00425-LKK-EFB, is hereby dismissed with prejudice.

21

22  Dated:   May 29, 2008.

23

24  LAWRENCE K. KARLTON
25  SENIOR JUDGE
    UNITED STATES DISTRICT COURT
26

27

28

Stipulation of Dismissal and [Proposed] Order Thereon                    *Martinez v. Petco, et al.*
                                    - 2 -                                CIV. S-08-00425-LKK-EFB